# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153912 & (53)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                           SC: 153912
                                           COA: 325857
                                           Berrien CC: 2014-003481-FC

JORDAN CONRAD JOHNSON,
     Defendant-Appellant.

_____/

     On order of the Court, the motion for leave to file pro per supplemental application is GRANTED. The application for leave to appeal the April 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017            
                                                  Clerk

s0315